UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARSHALL MYRICK, on behalf of
himself and on behalf of all others similarly
situated,

    Plaintiff,

vs.              Case No. 8:17-cv-261-T-27MAP

THE MIDDLESEX CORPORATION,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion for Extension of Time for Plaintiff to Seek Class Certification Under Rule 23 by Three Weeks (Dkt.16). Defendant failed to respond within the time directed by the Court (Dkt. 17), and the Motion is deemed unopposed. Upon consideration, the Motion (Dkt. 16) is **GRANTED.** The time for Plaintiff to move for class certification pursuant to Rule 23, Fed. R. Civ. P. and Local Rule 4.04, M.D. Fla. is extended to July 21, 2017.

**DONE AND ORDERED** this 22nd day of June, 2017.

              JAMES D. WHITTEMORE
              **United States District Judge**

Copies to: Counsel of Record